

**FILED**

11/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0130

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0130

STATE OF MONTANA,

Plaintiff and Appellee,

v.

STEPHEN DEAN PRUITT,

Defendant and Appellant.

ORDER

FILED

NOV 2 9 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellant Stephen Dean Pruitt appeals the January 21, 2021 Judgment of the Fourth Judicial District Court, Missoula County, in that court's Cause No. DC-31-2018-52 JA. Mr. Pruitt presents three arguments: (1) that the district court erred by allowing him to satisfy his financial conditions by performing community service; (2) that his counsel was ineffective at sentencing by not arguing that the court should waive the non-mandatory fees/surcharges; and (3) the court did not orally impose a $100 victim/witness surcharge but improperly included that surcharge in the written judgment and sentence. The Attorney General's Office, with the knowledge and consent of the Mineral County Attorney's Office, in the interests of justice and judicial economy, concedes under the particular facts presented in this record that remand is appropriate.

Based on the particular facts presented and in the interests of justice, the parties stipulate the matter should be remanded to the district court with instructions to enter an amended judgment and sentence that: (1) waives the total $30 surcharge and $10 IT fee and; (2) strikes the $100 victim/witness fee. Mr. Pruitt agrees to voluntary dismissal of the remainder of his appeal with prejudice.

Having considered the Appellant's Opening Brief and the Joint Stipulation, Motion to Dismiss Appeal, and good cause appearing,

IT IS HEREBY ORDERED this matter is remanded to the District Court to amend the Judgment of January 21, 2021 to (1) waive the total $30 surcharge and $10 IT fee and; (2) strike the $100 victim/witness fee. The remainder of Mr. Pruitt's appeal is dismissed with prejudice.

Dated this 29 day of November, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2